# First District Court of Appeal
## State of Florida

_____

No. 1D19-787
_____

LUTHER ARTHUR HORN, III,

Appellant,

v.

STATE OF FLORIDA,
     Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

October 28, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luther Arthur Horn III, pro se, Appellant.

Ashley Moody, Attorney General, Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.